IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUSTIN CREDICO                   :    CIVIL ACTION
                                 :
v.                               :
                                 :
ADULT PROBATION/PAROLE           :
(CHESTER COUNTY), et al.         :    NO. 12-3269

FILED JUL 12 2012

ORDER

AND NOW, this 12 day of July, 2012, upon consideration of the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, and no objection having been filed, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DISMISSED, without prejudice, for failure to exhaust state court remedies;

3. A certificate of appealability shall not issue in that, for the reasons explained in the Report and Recommendation, a reasonable jurist could not conclude the Court is incorrect in dismissing the habeas petition without prejudice.

ENTERED
JUL 13 2012
CLERK OF COURT

BY THE COURT:

_____
WILLIAM H. YOHN, JR., J.